**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Misty Murray , Plaintiff(s), v. Bill Me Later, Inc., Defendant(s). | Case No. 12-cv-4789 Judge Sara L. Ellis |

## ORDER

(T:15)
Final Approving Hearing Held. Plaintiffs' motion for approval of attorneys' fees, expenses & incentive awards [75] is granted. Plaintiffs' unopposed motion & memorandum in support of final approval of class action settlement [76] is granted. Parties to submit order for final judgment to Judge Ellis proposed order email inbox.

Date: 11/20/2014

/s/ Sara L. Ellis